# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA

Savannah Division

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 OCT 24  AM 11: 18

CLERK _____
SO. DIST. OF GA.

USA

)
)
vs                                )          CASE NUMBER   CR406-258
)
YUSEF LATEEF JACKSON              )
)

## O R D E R

The Judgment of this Court in the above entitled action having been affirmed

by the U. S. Court of Appeals;

IT IS HEREBY ORDERED that the Judgment of the Eleventh Circuit, U. S.

Court of Appeals, is made the judgment of this court.

This _24_ day of _Oct_____, 2007.

_____
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA