FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2010 AUG 30 AM 9: 34

CLERK
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| YUSEF LATIF JACKSON, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | CV410-188 |
| | ) | CV410-165 |
| v. | ) | CV408-110 |
| | ) | CR406-258 |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 30 day of August, 2010.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA